JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 798 -- In re The Mountain States Telephone and Telegraph Company Employee Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/12/07 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SVC. -- The Mountain States Telephone and Telegraph Company for transfer of action pursuant to 28 U.S.C. §1407 -- SUGGESTED TRANSFEREE DISTRICT: District of Colorado -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 88/12/13 | | HEARING ORDER -- setting motion of The Mountain States Telephone and Telegraph C1ompany for transfer of A-2 for Panel hearing on January 26, 1989 in Phoenix, Ariz. (ds) |
| 88/12/14 | | FIRST AMENDMENT TO HEARING ORDER FILED ON DECEMBER 13, 1988 -- (to correct the district courts in A-1 and A-2) -- Notified involved counsel, judges and clerks (rh) |
| 88/12/19 | | APPEARANCES -- CURTIS L. KENNEDY, ESQ. for Kenneth R. Walker, et al. and Norman W. Savage, etc.; DIRK W. DE ROOS, ESQ. for The Mountain States Telephone and Telegraph Company (ds) |
| 88/12/27 | 2 | BRIEF IN RESPONSE TO PLDG. #1 -- filed by pltfs. Kenneth R. Walker, et al. and Norman W. Savage, etc. w/cert. of svc. (ds) |
| 89/01/06 | 3 | APPLICATION FOR EXTENSION OF TIME TO FILE REPLY -- The Mountain States Telephone and Telegraph Company -- GRANTED -- w/cert. of svc. (rh) |
| 89/01/06 | 4 | REPLY -- The Mountain States Telephone and Telegraph Company -- w/cert. of svc. (rh) |
| 89/01/25 | | HEARING APPEARANCES (for January 26, 1989 hearing, Phoenix, Arizona) -- DIRK W. deRoos, ESQ. for The Mountain States Telephone and Telegraph co.; CURTIS KENNEDY, ESQ. for Norman W. Savage, etc. and Kenneth R. Walker, et al. (ds) |
| 89/02/02 | | CONSENT OF TRANSFEREE COURT -- For Transfer of Litigation to the District of Colorado to the Hon. Richard P. Matsch for pretrial proceedings (rh) |
| 89/02/02 | | TRANSFER ORDER -- Transferring A-2 to the District of Colorado pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

FORM 1A

798      In re The Mountain States Telephone and Telegraph Company Employee Benefits Litigation

| | |
|---|---|
| 89/03/10 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (in 14 actions) B-3 Frank L. Blodgett, et al. v. U S West Communications, D. Ariz., #CIV-89-0282-PHX-CLH; B-4 David E. Engstrom, et al. v. U S West Communications, D. Ariz., #CIV-89-0283-PHX-CAM; B-5 Frederick C. Holz, et al. v. U S West Communications, D. Ariz., #CIV-89-0284-PHX-CAM; B-6 James G. Johnson, et al. v. U S West Communications, D. Ariz., #CIV-89-0285-PHX-RGS; B-7 Dale K. Koonce, et al. v. U S West Communications, D. Ariz., #CIV-89-0286-PHX-CAM; B-8 Donald R. Jedlick, et al. v. U S West Communications, D. Idaho, #CIV-89-1046; B-9 H. Norris Lynch, et al. v. U S West Communications, D. Idaho, #CIV-89-1047; B-10 F. Perry Adcock, et al. v. U S West Communications, D. N.M., #CIV-89-0183-JB; B-11 Wilma A. Barker, et al. v. U S West Communications, D. N.M., #CIV-89-0184-SC; B-12 Juan G. Rivera, et al. v. U S West Communications, D. N.M., #CIV-89-0185-M; B-13 Jose A. Vigil, et al. v. U S West Communications, D. N.M., #CIV-89-0186-JP; B-14 Robert Cormani, Jr., et al. v. U S West Communications, D. Utah, #89-C-134-A; B-15 John W. Bush, et al. v. U S West Communications, D. Utah, #89-C-135-J and B-16 William F. Boyd, et al. v. U S West Communications, D. Wyo, #C-89-0034-B -- Notified involved counsel and judges (rh) |
| 89/03/28 | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (in 14 actions) B-3 Frank L. Blodgett, et al. v. U S West Communications, D. Ariz., #CIV-89-0282-PHX-CLH; B-4 David E. Engstrom, et al. v. U S West Communications, D. Ariz., #CIV-89-0283-PHX-CAM; B-5 Frederick C. Holz, et al. v. U S West Communications, D. Ariz., #CIV-89-0284-PHX-CAM; B-6 James G. Johnson, et al. v. U S West Communications, D. Ariz., #CIV-89-0285-PHX-RGS; B-7 Dale K. Koonce, et al. v. U S West Communications, D. Ariz., #CIV-89-0286-PHX-CAM; B-8 Donald R. Jedlick, et al. v. U S West Communications, D. Idaho, #CIV-89-1046; B-9 H. Norris Lynch, et al. v. U S West Communications, D. Idaho, #CIV-89-1047; B-10 F. Perry Adcock, et al. v. U S West Communications, D. N.M., #CIV-89-0183-JB; B-11 Wilma A. Barker, et al. v. U S West Communications, D. N.M., #CIV-89-0184-SC; B-12 Juan G. Rivera, et al. v. U S West Communications, D. N.M., #CIV-89-0185-M; B-13 Jose A. Vigil, et al. v. U S West Communications, D. N.M., #CIV-89-0186-JP; B-14 Robert Cormani, Jr., et al. v. U S West Communications, D. Utah, #89-C-134-A; B-15 John W. Bush, et al. v. U S West Communications, D. Utah, #89-C-135-J and B-16 William F. Boyd, et al. v. U S West Communications, D. Wyo, #C-89-0034-B -- Notified involved clerks and judges. (ds) |

JPML FORM 1A    p.3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 798 -- In re The Mountain States Telephone and Telegraph Company Employee Benefits Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/08/28 | | REASSIGNMENT ORDER -- dtd August 21, 1989 reassigning litigation to Chief Judge Finesilver -- filed in the D. Colorado -- signed by Deputy Clerk Pat Allen  (ds) |
| 89/08/28 | | ORDER REASSIGNING LITIGATION -- to Chief Judge Sherman G. Finesilver -- from Judge Richard P. Match, D. Colorado -- notified involved clerks, judges and counsel  (ds) |

JPML Form 1
Revised: 8/78

DOCKET NO. 798 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE THE MOUNTAIN STATES TELEPHONE AND TELEGRAPH COMPANY EMPLOYEE BENEFITS LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| January 26, 1989 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | February 2, 1989 | TO | Unpublished | D. Colorado #1082 | ~~Hon. Richard P. Matsch~~ Hon. Sherman G. Finesilver | |

Special Transferee Information

DATE CLOSED: 5/7/90

| JPML FORM 1 | | LISTING OF INVOLVED ACTIONS | | Hon. Sherman G. Finesilver D. Colorado | | | |
|---|---|---|---|---|---|---|---|

DOCKET NO. 798 -- In re The Mountain States Telephone and Telegraph Company Employee Benefits Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Kenneth R. Walker, et al. v. The Mountain States Telephone and Telegraph Company | D.Colo. Matsch | 84-M-790 | | | 5/7/90D | |
| A-2 | Norman W. Savage, etc. v. The Mountain States Telephone and Telegraph Company | D.Mont. Lovell | 87-30-H-CCL | 2-2-89 | 89-M-282 | 12/5/89D | |
| B-3 | Frank L. Blodgett, et al. v. U S West Communications 3-10-89 | D.Ariz. Hardy | CIV-89-0282-PHX-CLH | 3/28/89 | 89-M-662 | 12/5/89D | |
| B-4 | David E. Engstrom, et al. v. U S West Communications 3-10-89 | D.Ariz. Muecke | CIV-89-0283-PHX-CAM | 3/28/89 | 89-M-663 | 12/5/89D | |
| B-5 | Frederick C. Holz, et al. v. U S West Communications 3-10-89 | D.Ariz. Muecke | CIV-89-0284-PHX-CAM | 3/28/89 | 89-M-665 | 12/5/89D | |
| B-6 | James G. Johnson, et al. v. U S West Communications 3-10-89 | D.Ariz. Strand | CIV-89-0285-PHX-RGS | 3/28/89 | 89-M-661 | 12/5/89D | |
| B-7 | Dale K. Koonce, et al. v. U S West Communications 3-10-89 | D.Ariz. Muecke | CIV-89-0286-PHX-CAM | 3/28/89 | 89-M-664 | 12/5/89D | |
| B-8 | Donald R. Jedlick, et al. v. U S West Communications 3-10-89 | D.Idaho Callister | CIV-89-1046 | 3/28/89 | 89-M-704 | 12/5/89D | |
| B-9 | H. Norris Lynch, et al. v. U S West Communications 3-10-89 | D.Idaho Callister | CIV-89-1047 | 3/28/89 | 89-M-703 | 12/5/89D | |
| B-10 | F. Perry Adcock, et al. v. U S West Communications 3-10-89 | D.N.M. Burciaga | CIV-89-0183-JB | 3/28/89 | 89-M-640 | 12/5/89D | |
| B-11 | Wilma A. Barker, et al. v. U S West Communications 3-10-89 | D.N.M. Campos | CIV-89-0184-SC | 3/28/89 | 89-M-585 | 12/5/89D | |

DOCKET NO. 798 -- In re The Mountain States Telephone and Telegraph Company Employee Benefits Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-12 | Juan G. Rivera, et al. v. U S West Communications 3-10-89 | D.N.M. Mechem | CIV-89-0185-M | 3/28/89 | 89-M-621 | 12/5/89 D | |
| B-13 | Jose A. Vigil, et al. v. U S West Communications 3-10-89 | D.N.M. Parker | CIV-89-0186-JP | 3/28/89 | 89-M-628 | 12/5/89 D | |
| B-14 | Robert Cormani, Jr., et al. v. U S West Communications 3-10-89 | D.Utah Anderson | 89-C-134-A | 3/28/89 | 89-M-653 | 12/5/89 D | |
| B-15 | John W. Bush, et al. v. U S West Communications 3-10-89 | D.Utah Jenkins | 89-C-135-J | 3/28/89 | 89-M-622 | 12/5/89 D | |
| B-16 | William F. Boyd, et al. v. U S West Communications 3-10-89 | D.Wyo. Brimmer | C-89-0034-B | 3/28/89 | 89-M-654 | 12/5/89 D | |
| | July 1989 — 15 TR / 1 XYZ / 16 Pending | | | | | 5/7/90 D | |
| XYZ-17 | Ralph Holder, et al. v. The Mountain States Telephone and Telegraph Co., et al. | Colo. Finesilver | 85-F-122 | | | | |
| XYZ-18 | Mary Jane Reed v. The Mountain States Telephone and Telegraph Co., et al. | Colo. Finesilver | 85-F-1368 | | | 12/5/89 D | |
| XYZ-19 | Arthur R. Davis v. The Mountain States Telephone and Telegraph Co., et al. | Colo. Finesilver | 85-F-1857 | | | 12/5/89 D | |
| XYZ-20 | Owen Kendall, et al. v. The Mountain States Telephone and Telegraph Co., et al. | Colo. Finesilver | 85-F-2004 | | | 12/5/89 D | |
| XYZ-21 | Voil F. Martin, et al. v. The Mountain States Telephone and Telegraph Co., et al. | Colo. Finesilver | 85-F-2696 | | | 12/5/89 D | |

DOCKET NO. 798 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-22 | James M. Mulcahy, et al. v. The Mountain States Telephone and Telegraph Co., et al. | Colo. Finesilver | 86-F-596 | | | 12/5/89 D | |
| XYZ-23 | Robert G. Mead, et al. v. The Mountain States Telephone and Telegraph Co., et al. | Colo. Finesilver | 86-F-869 | | | 12/5/89 D | |
| XYZ-24 | Robert G. Baker, et al. v. The Mountain States Telephone and Telegraph Co., et al. | Colo. Finesilver | 86-F-1102 | | | 12/5/89 D | |
| XYZ-25 | Billy Ray Bryant, etc. v. The Mountain States Telephone and Telegraph Co., et al. | Colo. Finesilver | 86-F-1103 | | | 5/7/90 D | |
| XYZ-26 | Myrtis W. Counts, et al. v. The Mountain States Telephone and Telegraph Co., et al. | Colo. Finesilver | 86-F-2087 | | | 12/5/89 D | |
| XYZ-27 | Earl E. Crowder v. The Mountain States Telephone and Telegraph Co., et al. | Colo. Finesilver | 86-F-2259 | | | 12/5/89 D | |
| XYZ-28 | Dennis Hancock, et al. v. The Mountain States Telephone and Telegraph Co., et al. | Colo. Finesilver | 87-F-177 | | | 12/5/89 D | |

July 1990 - 12 XYZ/28 Dis / Litigation Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 798 -- In re The Mountain States Telephone and Telegraph Company Employee Benefits Litigation

---

KENNETH R. WALKER, ET AL. (A-1)
NORMAN W. SAVAGE, ETC. (A-2)
Curtis L. Kennedy, Esquire
538 Equitable Building
730 Seventeenth Street
Denver, Colorado  80202

THE MOUNTAIN STATES TELEPHONE
   AND TELEGRAPH COMPANY
Dirk W. de Roos, Esquire
Kutak, Rock & Campbell
2400 Arco Tower
707 17th Street
Denver, Colorado  80202

FRANK L. BLODGETT, ET AL. (B-3)
DAVID E. ENGSTROM, ET AL. (B-4)
FREDERICK C. HOLZ, ET AL. (B-5)
JAMES G. JOHNSON, ET AL. (B-6)
DALE K. KOONCE, ET AL. (B-7)
Martin Zerobnick, Esq.
1600 Pennsylvania Street
Denver, Colorado  80203

Richard G. Sander, Esq.
1200 17th Street, Suite 2400
Denver, Colorado  80202

David B. Smith, Esq.
4310 North 75th Street, Suite B
Scottsdale, Arizona  85251

Curtis L. Kennedy, Esq.
(Same As A-1)

---

DONALD R. JEDLICK, ET AL. (B-8)
H. NORRIS LYNCH, ET AL. (B-9)
ROBERT CORMANI, JR., ET AL. (B-14)
JOHN W. BUSH, ET AL. (B-15)
Curtis L. Kennedy, Esq.
(Same As A-1)

Martin Zerobnick, Esq.
(Same As B-3)

Richard G. Sander, Esq.
(Same As B-3)

F. PERRY ADCOCK, ET AL. (B-10)
WILMA A. BARKER, ET AL. (B-11)
JUAN G. RIVERA, ET AL. (B-12)
JOSE A. VIGIL, ET AL. (B-13)
Dan B. Bryant, Esq.
P.O. Box 1000
Ruidoso, New Mexico  88345

Curtis L. Kennedy, Esq.
(Same As A-1)

Martin Zerobnick, Esq.
(Same As B-3)

Richard G. Sander, Esq.
(Same As B-3)

WILLIAM F. BOYD, ET AL. (B-16)
Mitch Osborn, Esq.
104 East 30th Street
P.O. Box 1025
Cheyenne, Wyoming  82003

Curtis L. Kennedy, Esq.
(Same As A-1)

Martin Zerobnick, Esq.
(Same As B-3)

Richard G. Sander, Esq.
(Same As B-3)

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 798 -- In re The Mountain States Telephone and Telegraph Company Employee Benefits Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Mountain States Telephone and Telegraph Company (Also known as U S West Communications | A-1, A-2, B-3, B-4, B-5, B-6, B-7, B-8, B-9, B-10, B-11, B-12, B-13, B-14, B-15, B-16 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |