JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -2 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 798

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGAITON

IN RE MOUNTAIN STATES TELEPHONE AND TELEGRAPH COMPANY EMPLOYEES BENEFIT LITIGATION

TRANSFER ORDER*

This litigation presently consists of two actions pending in two federal districts, one action each in the District of Colorado and the District of Montana. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by defendant, The Mountain States Telephone and Telegraph Company (Mountain States), to transfer the Montana action to the District of Colorado for coordinated or consolidated pretrial proceedings with the action pending there. Plaintiffs in both the Colorado and Montana actions oppose the motion.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the District of Colorado will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Both actions share numerous factual questions arising out of allegations that Mountain States failed to carry out its promise to implement a severance and pension benefit plan (known as the Management Income Protection Plan) for management level employees when a generalized workforce reduction occurred between January 1982 and October 1983 and, instead, implemented a less favorable severance and pension benefit program (known as the Supplemental Income Protection Plan) for these employees. Centralization under Section 1407 is desirable in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the District of Colorado is the appropriate trans- feree forum. We note that the Colorado action has been under way for over four years; that extensive discovery has already taken place in this action; that the presiding judge has become familiar with this litigation; and that twelve related actions are already pending in the Colorado forum. We also note i) that Mountain States' regional headquarters is located within the Colorado district; ii) that many witnesses and documents are located there; and iii) lead counsel for all parties reside within the District of Colorado.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of Montana be, and the same hereby is, transferred to the District of Colorado and, with the consent of that court, assigned to the Honorable Richard P. Matsch for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Louis H. Pollak took no part in the decision of this matter.

Schedule A

MDL-798 -- IN RE MOUNTAIN STATES TELEPHONE AND TELEGRAPH COMPANY EMPLOYEES BENEFIT LITIGATION

District of Montana

Norman W. Savage, etc. v. The Mountain States Telephone and Telegraph Company, C.A. No. 87-30-H-CCL

District of Colorado

Kenneth R. Walker, et al. v. The Mountain States Telephone and Telegraph Company, C.A. No. 84-M-790

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 28 1969

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 798

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE THE MOUNTAIN STATES TELEPHONE AND TELEGRAPH COMPANY EMPLOYEE BENEFITS LITIGATION

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable Sherman G. Finesilver in accordance with the Local Rules for the United States District Court for the District of Colorado.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable Sherman G. Finesilver for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman